# Order

Michigan Supreme Court
Lansing, Michigan

January 22, 2016

151520(57)(59)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SHANNON BITTERMAN,
      Plaintiff-Appellant,

v

CHERYL D. BOLF,
      Defendant-Appellee.
_____/

SC: 151520
COA: 319663
Saginaw CC: 2013-019397-CZ

On order of the Chief Justice, the motion of the Michigan Press Association to file an amicus curiae brief is GRANTED. The amicus brief submitted on January 15, 2016, is accepted for filing. On further order of the Chief Justice, the motion of the Michigan Press Association to participate in oral argument by sharing five minutes of plaintiff-appellant's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016



Clerk